# HOWD & LUDORF
## ATTORNEYS AT LAW

JOHN R. LILLIENDAHL, III°
JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
LISA K. TITUS
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DONFRANCISCO
JOHN J. RADSHAW, III
DeANN K. SEYMOUR
ERIC D. EDDY
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. PARNELL*

65 WETHERSFIELD AVENUE
HARTFORD, CONNECTICUT 06114-1190

(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

RETIRED
EDWARD S. LUDORF

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS

November 6, 2003

The Honorable Robert N. Chatigny
United States District Court Judge
United States District Court
450 Main Street
Hartford, CT  06103

Re:  The Carriers, L.L.C., et al v. Town of Farmington, et al
     Docket Number: 3:03 CV 0454

     The Carriers, L.L.C. v. Town of Farmington, et al
     Docket Number:  CV 02 0516791S

     The Carriers, L.L.C. v. Town of Farmington, et al
     Docket Number:  CV 02 0518606S

Dear Judge Chatigny:

I write today to inform you that the parties have reached a global resolution. As you may recall, this case actually involves three lawsuits, two pending in the state court and the case pending before you. Settlement conferences were held on Friday, October 31, 2003 and Monday, November 3, 2003 before the Honorable George Levine, presiding judge of the Tax and Administrative Appeals Court for the Judicial District of New Britain.

Because of the multiplicity of parties, the three distinct actions, the number of releases, the necessity of approval by the Town Council of Farmington, we ask that you take no action on any pending motions before you until the time that we may file a stipulation for dismissal in compliance with Fed. R. Civ. P. 41. I believe that we will have all of the documents executed

[Handwritten margin notes: "11/12/03 The clerk will defer this letter. The stipulation will be filed on or before January 15, 2004. The stipulation for dismissal will be submitted."]

**HOWD & LUDORF**
Page 2
Letter to The Honorable Robert N. Chatigny
Re: The Carriers, L.L.C., et al v. Town of Farmington, et al

and exchanged prior to January 1, 2004. Accordingly I ask that you allow us until January 15, 2004 in which to file the stipulation for dismissal.

    Again, this resolution is global and completely disposes of all the lawsuits, state and federal. Your assistance in this matter would be greatly appreciated.

    Do not hesitate to contact me with additional questions or concerns.

    I certify that this correspondence was sent to all counsel of record in the case pending before you and the state court actions on this day.

Very truly yours,

John J. Radshaw, III

JJR/egm

cc:    Robert A. Ziegler, Esquire
       Joseph L. Hammer, Esquire
       Kari L. Olson, Esquire
       Todd W. Whitford, Esquire