*held*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Telephone Conference*
~~Miscellaneous~~ Calendar

Honorable Robert N. Chatigny, U.S.D.J.
450 Main Street
Hartford
Courtroom #3-ANNEX

December 15, 2003
1:00 P.M.

CASE NO. **3-03-cv-454(RNC)**     **Carriers Insurance v. Farmington**

✓ Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Jeffrey M. Knickerbocker
Law Office of Robert A. Ziegler
58 E. Main Street
Plainville, CT 06062

✓ Kari L. Olson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

✓ John J. Radshaw III
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

✓ Todd W. Whitford
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham St., PO Box 261798
Hartford, CT 06126-1798

✓ Robert A. Ziegler
58 East Main Street
Plainville, CT 06062

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK