UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CARRIERS INSURANCE, ET AL.,       :
    Plaintiffs,                   :
                                  :
v.                                :    CASE NO. 3:03CV454 (RNC)
                                  :
TOWN OF FARMINGTON, ET AL.,       :
    Defendants.                   :

FILED 2004 JAN -7 A 9:
U.S. DISTRICT COURT
HARTFORD, CT.

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge <u>Thomas P. Smith</u> for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

___ A ruling on the following pending motions (orefm.):_____

So ordered.

Dated at Hartford, Connecticut this 5th day of January 2004.

Robert N. Chatigny
United States District Judge