UNITED STATES DISTRICT COURT   FILED

DISTRICT OF CONNECTICUT

2004 JAN 26  P 12:45

U.S. DISTRICT COURT
HARTFORD, CT.

CARRIERS INSURANCE, et al.,
    Plaintiffs

- v -                                    3:03-CV-454(RNC)

TOWN OF FARMINGTON, et al.,
    Defendants

### ORDER

A settlement conference shall be held before the undersigned on **March 17, 2004, at 10:00 a.m.**  The parties shall submit ex parte statements **to the Chambers of Judge Smith**, Room 258, not to exceed four pages, briefly setting forth their settlement positions, no later than March 15, 2004.  **Facsimiles will not be accepted**.

**Counsel shall be accompanied by the appropriate persons with authority to settle.**  See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000), aff'd, No. 00-2776, 2001 WL 1352164 (8th Cir. Nov. 5, 2001).

Dated at Hartford, Connecticut, this 26th day of January, 2004.

*/s/ Thomas P. Smith*
Thomas P. Smith
United States Magistrate Judge