UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR -8  A 9:49

U.S. DISTRICT COURT
HARTFORD, CT.

THE CARRIERS, L.L.C., ET AL.,
     Plaintiff

  - v -                              Civil No. 3:03CV454(RNC)(TPS)

TOWN OF FARMINGTON, ET AL.
     Defendant

### MEMORANDUM AND ORDER

On March 2, 2004, the parties advised the court that they have reached a global settlement in this case. As a result, the settlement conference scheduled March 17 (Dkt. # 38) is cancelled. The parties shall file the appropriate papers within 30 days.

IT IS SO ORDERED

Dated at Hartford, Connecticut, this ____ day of March, 2004.

                          /s/ Thomas P. Smith
                          Thomas P. Smith
                          United States Magistrate Judge