D.Ct. /NHCT
03-cv-454
Chatigny, J.

MANDATE

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the _19th_ day of _March_ two thousand four,

Present:
    Hon. Robert D. Sack,
    Hon. Sonia Sotomayor,
    Hon. Reena Raggi,
        *Circuit Judges.*

---

Carriers LLC

        Plaintiff-Appellant,

    v.                                    04-0425

Town of Farmington, et al.,

        Defendants-Appellees.

[FILED MAR 19 2004 — United States Court of Appeals, Second Circuit, Roseann B. MacKechnie, Clerk]

---

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. Therefore, it is ORDERED that the appeal is dismissed.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: _Lucille Carr_

SAO-LFR

—ISSUED AS MANDATE: 8/4/04—